# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RAKIM LAMAR JOHNSON,                    :    No. 97 WM 2020
                                       :
              Petitioner               :
                                       :
                                       :
                                       :
        v.                             :
                                       :
                                       :
COURT OF COMMON PLEAS OF BLAIR         :
COUNTY,                                :
                                       :
              Respondent               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.